**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ADAPTIVE DATA LLC, | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 14-1555-RGA |
| | ) |
| v. | ) |
| | ) |
| CONEXANT SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Plaintiff Adaptive Data LLC hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1). According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Defendant has not yet answered the Complaint. Accordingly, Adaptive Data LLC voluntarily dismisses this action against Defendant without prejudice pursuant to Rule 41(a)(1).

Dated: February 2, 2015          STAMOULIS & WEINBLATT LLC

　　　　　　　　　　　　　　　　　 /s/ Stamatios Stamoulis
　　　　　　　　　　　　　　　　Stamatios Stamoulis #4606
　　　　　　　　　　　　　　　　 stamoulis@swdelaw.com
　　　　　　　　　　　　　　　　Richard C. Weinblatt #5080
　　　　　　　　　　　　　　　　weinblatt@swdelaw.com
　　　　　　　　　　　　　　　　Two Fox Point Centre
　　　　　　　　　　　　　　　　6 Denny Road, Suite 307
　　　　　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　　　　　Telephone: (302) 999-1540

　　　　　　　　　　　　　　　　*Counsel for Plaintiff*
　　　　　　　　　　　　　　　　 *Adaptive Data LLC*